# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **PAULA DEMCHAK**, individually and on behalf of all others similarly situated,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>**PROMARK RESEARCH CORPORATION,** a Texas corporation,<br><br>　　　　　　*Defendant.* | Case No. 2:16-cv-14403<br><br>[Hon. Linda V. Parker]<br><br>[Magistrate Judge David R. Grand] |

## APPEARANCE OF J. DOMINICK LARRY ON BEHALF OF PLAINTIFF

**TO: Clerk of the Court and Counsel of Record:**

　　Attorney J. Dominick Larry of Edelson PC hereby files his Appearance as attorney for Plaintiff Paula Demchak in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 23, 2016　　　　　　By: /s/   J. Dominick Larry
　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's attorneys


　　　　　　　　　　　　　　　　　　J. Dominick Larry
　　　　　　　　　　　　　　　　　　nlarry@edelson.com
　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　350 North LaSalle Street, 13th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Tel: 312.589.6370

        Henry M. Scharg (No. P28804)
        hmsattyatlaw@aol.com
        LAW OFFICE OF HENRY M. SCHARG
        718 Ford Building
        Detroit, Michigan 48226
        Tel: 248.596.1111

*Counsel for Plaintiff Paula Demchak*

## **CERTIFICATE OF SERVICE**

    I, J. Dominick Larry, an attorney, certify that on December 23, 2016, I served the above and foregoing ***Appearance of J. Dominick Larry***, by sending true and accurate copies of such paper to the opposing Party via First Class Mail.

                                                        /s/   J. Dominick Larry