## RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

Case No.: **2:16 CV 14403 LVP DRG**

Plaintiff: **Paula Demchak, individually and on behalf of all others similarly situated**
vs.
Defendant: **Promark Research Corporation, a Texas corporation**

I, _William Cooke_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Texas_.

Type of Process: **Preservation Letter Dated December 23, 2016, Summons in a Civil Action and Class Action Complaint**

Defendant to be served: **Promark Research Corporation, c/o Steven L. Werner**

Address where attempted or served: **313 Sawdust Road, The Woodlands, TX 77380**

On _12-29-16_ at _2:50 pm_, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☒ **CORPORATE SERVICE:** By leaving a copy of this process with _Steven L. Werner_
(Title) _Registered Agent_, a person authorized to accept service and informed the person of the contents thereof. _By leaving with Christine Wang who stated she was authorized to accept (in his absence)_

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2017.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s):

Description of person process was left with:
Sex: _F_ Race: _W_ Hair: _BRN_ Approx. Age: _29_ Height: _5'6"_ Weight: _135_
Comments: _Christine Wang is authorized to accept documents_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _Texas_
County of _Montgomery_

X _William Cooke_
_12-30-2016_
(Executed on)

Subscribed and Sworn to before me on this _30th_ day of _December_, 20_16_.

_Christine Cooke_
Signature of Notary Public

Job: 352359
File:

CHRISTINE COOKE
MY COMMISSION EXPIRES
March 20, 2017