UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Paula Demchak,

                Plaintiff(s),

v.                                          Case No. 4:16−cv−14403−LVP−DRG
                                                      Hon. Linda V. Parker

Promark Research Corporation,

                Defendant(s),

_____/

## ORDER TO SHOW CAUSE

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/31/2017, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                                                s/Linda V. Parker
                                                Linda V. Parker
                                                U.S. District Judge


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/R Loury
                                                    Case Manager

Dated:   January 24, 2017