UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA DEMCHAK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PROMARK RESEARCH CORPORATION, Texas corporation,

    Defendant.

Case No. 4:16-cv-14403-LVP-DRG

Hon. Linda V. Parker

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

This matter having come before the Court on the motion of Honigman Miller Schwartz and Cohn LLP ("Honigman") to withdraw as counsel for Defendant Promark Research Corporation ("Promark") and there being good grounds therefore, the Court hereby grants the request of Honigman to withdraw as counsel for Promark.

**IT IS SO ORDERED.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: June 6, 2017